JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT CALL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMCO GENERAL INSURANCE COMPANY, et al., <br><br> Defendants. | Case No. CV 14-5967-GW(AJWx) <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety. Each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: May 15, 2015

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE